IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                  **4:14-CR-00250-06-JM**

**ANTHONY LEON WAITS**

## ORDER

Defendant's Motion to Reduce Sentence (Doc. No. 582) is DENIED.

Applying retroactive Guidelines Amendment 821 reduces Defendant's criminal history score from 13 to 12, resulting in a new criminal history category of V. However, after considering all the 18 U.S.C. § 3553(a) factors and the specific facts of this case, Defendant's current sentence of 175 months, which is at the high end of his new range, is sufficient, but not greater than necessary, to comply with sentencing goals.

IT IS SO ORDERED this 5th day of June, 2024.

_____
UNITED STATES DISTRICT JUDGE